# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

Kenneth Marshall,

    Plaintiff,

v.

Ohio Department of Rehabilitation
& Corrections, *et al.*,

    Defendants.

Case No. 2:14–cv–338

Judge Michael H. Watson
Magistrate Judge Kemp

## ORDER

On April 27, 2016, United States Magistrate Judge Kemp, to whom this case was referred pursuant to 28 U.S.C. § 636(b)(1)(B) and General Order 95-2 for the Southern District of Ohio Eastern Division of Columbus, filed a Report and Recommendation ("R&R), ECF No. 113, concerning the disposition of Plaintiff's amended complaint, ECF No. 8, in this prisoner's civil rights case.  The R&R recommended granting Defendant Governor John R. Kasich's motion to dismiss, ECF No. 94, and dismissing Plaintiff's amended complaint against him.  The R&R also denied various non-dispositive motions filed by the Plaintiff, ECF Nos. 105, 106, 112.

The R&R notified the parties of their right to file objections to the R&R pursuant to 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b).  The R&R further specifically advised the parties that the failure to object within fourteen days would result in a waiver of the right to *de novo* review by the District Judge and

the right to appeal the decision of the District Judge adopting the R&R. The deadline for filing such objections was May 16, 2016 and no objections were filed.

Having received no objections, the R&R is **ADOPTED**. Defendant Governor John R. Kasich's motion to dismiss, ECF No. 94, is **GRANTED**. The Clerk shall terminate this case as to Defendant Governor John R. Kasich.

**IT IS SO ORDERED.**

*/s/ Michael H. Watson*
MICHAEL H. WATSON, JUDGE
UNITED STATES DISTRICT COURT